# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 2:15-cr-346 |
| | : FILED UNDER SEAL |
| | : FILED *EX PARTE* |
| CHAKA FATTAH, SR., et al. | : |

## ORDER

AND NOW, this _____ day of _____ 2016, upon consideration of the foregoing *Motion to File Ex Parte Motion to Withdraw As Counsel Under Seal*, it is hereby **ORDERED** and **DECREED** that the motion is **GRANTED** and the underlying *ex parte* motion shall be **FILED UNDER SEAL**.

BY THE COURT:

_____
HON. HARVEY BARTLE III

HB

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 2:15-cr-346 |
| v. | : | FILED UNDER SEAL |
| | : | FILED *EX PARTE* |
| CHAKA FATTAH, SR., et al. | : | |

FILED
JAN 20 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## MOTION TO FILE
## *EX PARTE* MOTION TO WITHDRAW AS COUNSEL UNDER SEAL

Kevin Mincey, Thomas Fitzpatrick, Shabrei Parker, and Riley Ross, and the law firms of Mincey & Fitzpatrick LLC and Ross Legal Practice, (collectively "Movants") hereby move this Court to issue an Order that the instant motion be filed under seal, and in support thereof, avers that the instant motion contains sensitive ex parte communications which should be protected from public scrutiny attendant to filing on the EC/CF System.

Respectfully Submitted,

**MINCEY & FITZPATRICK, LLC**

BY:   /s/ Kevin V. Mincey, Esq.
      Kevin V. Mincey, Esq.
      Thomas O. Fitzpatrick, Esq.
      Shabrei M. Parker, Esq.

**ROSS LEGAL PRACTICE, LLC**

BY:   /s/ Riley H. Ross III
      Riley H. Ross III, Esq.

Date:   January 20, 2016

## CERTIFICATE OF SERVICE

I, Kevin Mincey, hereby verify that a true and correct copy of the foregoing *Motion to File Ex Parte Motion to Withdraw As Counsel Under Seal* was delivered by U.S. Mail, first-class and electronic mail, to Defendant Chaka Fattah, Sr. at the address below.

>Congressman Chaka Fattah
>3939 Netherfield Road
>Philadelphia PA, 19129

BY: /s/ Kevin Mincey, Esq.
       Kevin Mincey, Esq.
       MINCEY & FITZPATRICK, LLC

January 20, 2016