```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
          v.                    :
                                :
CHAKA FATTAH, SR.               :       NO. 15-346-1
```

<u>ORDER</u>

AND NOW, this 16th day of March, 2016, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of Chaka Fattah, Sr. to dismiss portions of the indictment on the ground that they violate his rights under the Speech or Debate Clause of the Constitution (Doc. # 136) is DENIED.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                      J.