IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CHAKA FATTAH, SR., et al. | : | NO. 15-346 |

ORDER

AND NOW, this 11th day of May, 2016, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion in limine of the Government to restrict the scope of the cross-examination of a cooperating witness concerning his mental health history (Doc. # 232) is GRANTED;

(2) the motion of the non-party cooperating witness to quash subpoena duces tecum served on April 7, 2016 (Doc. # 290) is GRANTED; and

(3) the motion of the Government to quash and join in the motion of the non-party cooperating witness to quash subpoena duces tecum served on April 7, 2016 (Doc. # 302) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.