IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 15-346-01 |
| : | |
| v.  : | HON. HARVEY BARTLE III |
| : | |
| CHAKA FATTAH, SR. : | |
| : | |

NOTICE OF APPEAL

Notice is hereby given that Chaka Fattah, Sr., defendant in this matter, appeals to the United States Court of Appeals for the Third Circuit from the July 16, 2019 amended judgment, and any interlocutory orders or rulings of the Court that merge into the final judgment.

Respectfully submitted,

/s/ Samuel W. Silver
Samuel W. Silver, Pa. ID No. 56596
Bruce P. Merenstein, Pa. ID No. 82609
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2309; (215) 751-2249
(215) 751-2205 (facsimile)
ssilver@schnader.com
bmerenstein@schnader.com
*Attorneys for Defendant Chaka Fattah, Sr.*

Dated:  July 26, 2019